**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| | : |
|     Plaintiff, | : |
| | : |
| vs. | :   CASE NO. 1:09-CR-184-JEC |
| | : |
| OTHA BARNES, | : |
| | : |
|     Defendant. | : |

MOTION TO DISMISS INDICTMENT

COMES NOW the defendant, by and through his counsel, and moves this Honorable Court to dismiss the Indictment filed in the above-styled cause, and as grounds shows as follows:

1.

The indictment fails to contain allegations stating as definitely as possible the time and place of the commission of the alleged conspiracy.

2.

That the indictment was based soley on hearsay evidence which was presented as if the witness had personal knowledge.

3.

The indictment was based solely on hearsay when better evidence was readily available for presentation to the Grand Jury.

4.

The method of presentation of evidence to the Grand Jury violated the defendant's rights protected by the Fifth and Sixth Amendments to the United States Constitution.

5.

If presentation of all available material had been presented before the Grand Jury Defendant would not have been indicted on the crime that he is now indicted.

6.

The indictment is vague and ambiguous and does not apprise the defendant to the charge against him with sufficient specificity to permit him to adequately prepare his defenses, and to plead any judgment in the instant case as a bar to any later proceedings against him based on this same alleged offense in contravention to the double jeopardy clause of the Fifth Amendment to the United States Constitution.

7.

The indictment is vague and ambiguous and indefinite so as to deprive the defendant of rights guaranteed to him under the due process clause of the Fifth Amendment and under that clause of the Sixth Amendment guaranteeing to a defendant the right to be informed of the nature and cause of the accusation.

8.

The indictment is based upon an unconstitutional statute, or in the alternative, said statute is unconstitutional as applied to the facts of this case. The constitutional provisions violated are the Fourth, Fifth, Sixth and Fourteenth Amendments.

9.

The allegations of the indictment fail to state facts sufficient to constitute a crime and said facts do not constitute the violation of any statute that the United States government is empowered to enact.

10.

More specifically, the crimes alleged require specific knowledge on the part of the defendant, of which the United States Attorney, or any witness for the government, has failed to show sufficient to constitute the crime alleged in the indictment.

11.

There are no facts upon which the United States Attorney has shown that this defendant knowingly did anything alleged in the indictment.

12.

The United States in its indictment should set out conduct alleged to have been committed by the accused which gives him the opportunity to deny the charge as it is based in fact.

13.

This indictment says we don't know if you knew.  Prove you did not.

14.

This system of American jurisprudence demands the accused have charges brought against him that do not require him to prove his innocence once charges were made.  You were there, drugs were found, prove your innocence.

WHEREFORE, the defendant prays that this motion be inquired into, that it be sustained on each and every ground hereof and that the above-styled indictment be dismissed.

This the 1st day of October, 2009.

/ss/

_____

Alexander J. Repasky
Attorney for Defendant
Georgia Bar No. 601050

4880 Lower Roswell Road
Suite 165
Marietta, Georgia  30068
(770) 912-4016